13-386 CBD

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JANUARY 17, 2013
WILLIAM M. McCOOL, Clerk
By _____ Deputy

FILED
LOGGED
ENTERED
RECEIVED

FEB 22 2013

CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. 13-014 JCC |
| Plaintiff, | |
| v. | INDICTMENT |
| BISMARK ANOKYE, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1
(Failure to Register and Update Sex Offender Registration)

Beginning at a time unknown, but on or before March 8, 2012, and continuing until December 3, 2012, in King County, within the Western District of Washington, and elsewhere, the defendant, BISMARK ANOKYE, an individual required to register and update sexual offender registration pursuant to the Sex Offender Registration and

INDICTMENT/ANOKYE - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Notification Act and who had traveled in interstate commerce, did knowingly fail to
2  register and update his sexual offender registration.
3        All in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

DATED: 1-17-13

(*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*)

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

INDICTMENT/ANOKYE - 2

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LODGED \_\_\_ RECEIVED

**JAN 17 2013**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13 014 JCC |
| Plaintiff, | |
| v. | ORDER ISSUING BENCH WARRANT |
| BISMARK ANOKYE, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 17th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES\_\_\_\_\_ NO\_\_XX\_\_

ORDER ISSUING BENCH WARRANT - PAGE 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:13-cr-00014-JCC-1

Case title: USA v. Anokye  
Magistrate judge case number: 2:13-mj-00004-BAT

Date Filed: 01/17/2013

Assigned to: Judge John C Coughenour

### Defendant (1)
**Bismark Anokye**

| **Pending Counts** | **Disposition** |
|---|---|
| Failure to Register & Update Sex Offender Registration 18:2250 (1) | |

**Highest Offense Level (Opening)**  
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**  
None

| **Complaints** | **Disposition** |
|---|---|
| 18:2250 - Failure to Register and Update Sex Offender Registration | |

### Plaintiff
**USA**     represented by **Thomas M Woods**  
US ATTORNEY'S OFFICE (SEA)  
700 STEWART ST  
STE 5220  
SEATTLE, WA 98101-1271  
206-553-7970  
Email: thomas.woods2@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2013 | 1 | COMPLAINT as to Bismark Anokye (1). (BB) [2:13-mj-00004-BAT] (Entered: 01/03/2013) |
| 01/17/2013 |   | Case unsealed as to Bismark Anokye (JK) [2:13-mj-00004-BAT] (Entered: 01/18/2013) |
| 01/17/2013 | 3 | INDICTMENT as to Bismark Anokye (1) count(s) 1. (Attachments: # 1 Status Sheet) (JK) (Entered: 01/18/2013) |
| 01/17/2013 | 4 | **SEALED Signature Page** to 3 Indictment as to Bismark Anokye. (JK) (Entered: 01/18/2013) |
| 01/17/2013 | 5 | ORDER ISSUING BENCH WARRANT as to Bismark Anokye by Hon. Brian A Tsuchida. cc: cc: USMO (IO);; (JK) (Entered: 01/18/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2013 07:02:29 | | | |
| PACER Login: | ud0630 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cr-00014-JCC |
| Billable Pages: | 1 | Cost: | 0.10 |